# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2654 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 207 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 65917 |
| | : | |
| HOLLY C. DOBROSKY, | : | (Bucks County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of January, 2020, having failed to answer this Court's Rule to Show Cause, and upon consideration of the Office of Disciplinary Counsel's response, Holly C. Dobrosky is suspended from the Bar of this Commonwealth for a period of three years. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).